October 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

HA THI MANNING A/K/A ROSE MANNING, Appellant

NO. 14-14-00482-CV                     V.

SOHAIL YOUSEF AND AMARENA SALON & DAY SPA, LLC D/B/A
ARENA SALON & DAY SPA, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on May 30, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.